

# Student
## of the Week

### THIS CERTIFIES THAT

Russell Grant

of

Atlanta Education Department
SCHOOL

Atlanta                          Georgia
CITY                              STATE

has been recognized for outstanding achievement in ____Writing____,
school year of 19 98 to 19 98 and is hereby awarded this certificate of
distinction. Given this ___7th___ day of ___August___ 19 98

(INSTRUCTOR) M. Thomas

(SUPERVISOR OF Education) D. Camp



# Certificate of Excellence

awarded to:

## Lamar Grant

Given this 12th day of April 2002

For his outstanding participation and successful completion

of the

**Happy Hats**

### Apparel Class



D. Glover, Teacher

Peatchola Jones, SOE

# Certificate of Achievement

Presented to:

## Russell Grant

for your participation in this year's

Mock Job Fair

held

October 27, 2003

at

FCI Memphis



_Jodie Nelson_
_Job Fair Coordinator_



_Peatchola Jones_
_Supervisor of Education_

# Certificate of Achievement

### awarded to:

## RUSSELL GRANT

### Has Successfully Completed The STD CLASS



09/30/2004

_Date_





E. KAVOIAN, REC. SPEC.



# Certificate of Achievement

awarded to:

## Russell Grant

is presented this certificate for his successful completion of

## N E C Time-To-Read Course

on this 2nd day of April, 2004

R. Morgan
Career Counselor

P. Jones
Supervisor of Education

# Certificate of Completion

presented to:

## Russell Grant

10084-002

Given this 21st day of April 2003

For his participation and successful completion of the

*Drug Abuse Education Course*

Federal Correctional Institution - Memphis, Tennessee



Ms. M. Cheatham, Drug Treatment Specialist

M. Pinkowsi, DAP Coordinator

# Certificate of Achievement

awarded to:

## RUSSELL GRANT

**Has Successfully Completed**
**The First Phase**
**Of**
**Phase Health Awareness**

Date

DECEMBER 31, 2004



E. KAVOIAN, REC. SPEC.