FILED
SEP 24 1997
CLERK
U. S. DISTRICT COURT
MIDDLE DIST. OF ALA.

IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v.   ) | CR. NO. 97-215-5 |
| ) | [21 USC 846; |
| ) | 21 USC 841(a)(1); |
| RUSSELL LAMAR GRANT, ) | 18 USC 2] |
| WILLIS RUSSELL GRANT and  ) | |
| CECIL CHAMBERS   ) | INDICTMENT |

The Grand Jury charges:

## COUNT 1

That beginning on or about the 1st day of October, 1996, and continuing up to and including the 11th day of September, 1997, in Dothan, within the Middle District of Alabama, and elsewhere, the defendants,

RUSSELL LAMAR GRANT,
WILLIS RUSSELL GRANT and
CECIL CHAMBERS

did knowingly and intentionally combine, conspire, confederate and agree with each other and with other persons both known and unknown to the Grand Jury, to distribute cocaine base (crack cocaine), a Schedule II Controlled Substance, in violation of Title 21, United States Code, Section 841(a)(1), all in violation of Title 21, United States Code, Section 846.

## COUNT 2

That on or about the 1st day of July, 1997, in Dothan, within the Middle District of Alabama, the defendant,

RUSSELL LAMAR GRANT,

did knowingly and intentionally distribute cocaine, a Schedule II Controlled Substance, in violation of Title 21, United States Code, Section 841(a)(1).

COUNT 3

That on or about the 9th day of July, 1997, in Dothan, within the Middle District of Alabama, the defendant,

RUSSELL LAMAR GRANT,

did knowingly and intentionally distribute cocaine base (crack cocaine), a Schedule II Controlled Substance, in violation of Title 21, United States Code, Section 841(a)(1).

COUNT 4

That on or about the 28th day of July, 1997, in Dothan, within the Middle District of Alabama, the defendant,

RUSSELL LAMAR GRANT,

did knowingly and intentionally distribute cocaine base (crack cocaine), a Schedule II Controlled Substance, in violation of Title 21, United States Code, Section 841(a)(1).

COUNT 5

That on or about the 13th day of August, 1997, in Dothan, within the Middle District of Alabama, the defendants,

RUSSELL LAMAR GRANT and
WILLIS RUSSELL GRANT,

aiding and abetting each other, did knowingly and intentionally distribute cocaine base (crack cocaine), a Schedule II Controlled Substance, in violation of Title 21, United States Code, Section 841(a)(1) and Title 18, United States Code, Section 2.

COUNT 6

That on or about 11th day of September, 1997, in Dothan, within the Middle District of Alabama, the defendants,

RUSSELL LAMAR GRANT and
CECIL CHAMBERS,

aiding and abetting each other, did knowingly and intentionally possess with intent to distribute and distribute cocaine base (crack cocaine), a Schedule II Controlled Substance, in violation of Title 21, United States Code, Section 841(a)(1) and Title 18, United States Code, Section 2.

A TRUE BILL:

Deputy Foreperson

REDDING PITT
United States Attorney

STEVEN M. REYNOLDS
Assistant United States Attorney