27BD, CLOSED

# U.S. District Court
## Alabama Middle District (Dothan)
### CRIMINAL DOCKET FOR CASE #: 1:97-cr-00215-WHA-1

Case title: USA v. Grant, et al                         Date Filed: 09/24/1997
Magistrate judge case number: 1:97-mj-00075

Assigned to: Honorable W. Harold Albritton, III

**Defendant**

**Russell Lamar Grant** (1)              represented by   **Joseph Peter Van Heest**
*TERMINATED: 02/18/1998*                                  Law Office of Joseph P. Van Heest, LLC
                                                          P.O. Box 4026
                                                          402 S Decatur St
                                                          Montgomery, AL 36103
                                                          334-263-3551
                                                          Fax: 334-263-3227
                                                          Email: jpvanheestcourts@bellsouth.net
                                                          *LEAD ATTORNEY*
                                                          *ATTORNEY TO BE NOTICED*
                                                          *Designation: CJA Appointment*

**Pending Counts**                                        **Disposition**

21:846 CONSP TO DISTB COCAINE
BASE - NMT $4,000,000, [*]; NLT
10Y, NMT LIFE, B; NMT 5Y SUP                              157 MOS; 5 YR SUP REL; $100 SA
REL; $100 SA; VWPA; G-LINES
(1)

**Highest Offense Level (Opening)**

Felony

**Terminated Counts**                                     **Disposition**

21:841(a)(1) DISTB COCAINE - NMT
$1,000,000; [*]; NMT 20Y, B; NLT 3Y                       DISMISSED on motion of the
SUP REL; $100 SA; VWPA; G-LINES                           Government.
(2)

21:841(a)(1) DISTB COCAINE BASE
- NMT $4,000,000; [*]; NLT 10Y,                           DISMISSED on motion of the
NMT LIFE, B; NMT 5Y SUP REL;                              Government.

| | |
|---|---|
| $100 SA; VWPA; G-LINES (3-4) | |
| 21:841(a)(1) DISTB COCAINE BASE AND 18 USC 2, AIDING AND ABETTING - NMT $4,000,000; [*]; NLT 10Y, NMT LIFE, B; NMT 5Y SUP REL; $100 SA; VWPA; G-LINES (5) | DISMISSED on motion of the Government. |
| 21:841(a)(1) POSS W. INTENT TO DISTB & DISTB COCAINE BASE - NMT $4,000,000; [*]; NLT 10Y, NMT LIFE, B; NMT 5Y SUP REL; $100 SA; VWPA; G-LINES (6) | DISMISSED on motion of the Government. |

**Highest Offense Level (Terminated)**

Felony

| Complaints | Disposition |
|---|---|
| None | |

---

**Plaintiff**

| | | |
|---|---|---|
| **United States of America** | represented by | **Michael D. Kanarick**<br>U.S. Attorney's Office<br>PO Box 197<br>Montgomery, AL 36101-0197<br>334-223-7280<br>Fax: 223-7560<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED*<br><br>**Steven M. Reynolds**<br>U.S. Attorney's Office<br>PO Box 197<br>Montgomery, AL 36101-0197<br>334-223-7280<br>Fax: 223-7560<br>*TERMINATED: 07/10/2000*<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |

| Date Filed | # | Docket Text |
|---|---|---|
| 09/12/1997 | 1 | COMPLAINT as to Russell Lamar Grant [ 1:97-m -75 ] (dkt clerk) (Entered: 09/12/1997) |

| | | |
|---|---|---|
| 09/12/1997 | 2 | Arrest WARRANT issued as to Russell Lamar Grant [ 1:97-m -75 ] (dkt clerk) (Entered: 09/12/1997) |
| 09/12/1997 | | ARREST of Russell Lamar Grant [ 1:97-m -75 ] (dkt clerk) (Entered: 09/12/1997) |
| 09/12/1997 | | Initial appearance as to Russell Lamar Grant held before Mag. Judge Charles S. Coody on 9/12/97 (Defendant informed of rights.) [ 1:97-m -75 ] (dkt clerk) (Entered: 09/12/1997) |
| 09/12/1997 | 3 | CJA 23 FINANCIAL AFFIDAVIT by Russell Lamar Grant [ 1:97-m -75 ] (dkt clerk) (Entered: 09/12/1997) |
| 09/12/1997 | 4 | MOTION by USA as to Russell Lamar Grant for Hearing [4-1] referred to Mag. Judge John L. Carroll [ 1:97-m -75 ] (dkt clerk) (Entered: 09/12/1997) |
| 09/12/1997 | 5 | Courtroom Deputy's Minutes as to Russell Lamar Grant: Re: Initial Appearance [ 1:97-m -75 ] (dkt clerk) (Entered: 09/12/1997) |
| 09/15/1997 | 6 | ORDER as to Russell Lamar Grant granting [4-1] motion for Detention Hearing as to Russell Lamar Grant (1), set Detention Hearing for 4:00 9/16/97 for Russell Lamar Grant before Mag. Judge John L. Carroll in Third Floor Courtroom , and set Preliminary Examination for 4:00 9/16/97 for Russell Lamar Grant before Mag. Judge John L. Carroll in Third Floor Courtroom ( Signed by Mag. Judge John L. Carroll ) Copies mailed to: Joe Van Heest, counsel, and to defendant; Copies furnished to: USA, USM, USPO, USPTS, Stan, Marie [ 1:97-m -75 ] (nhr) (Entered: 09/15/1997) |
| 09/16/1997 | | Detention hearing as to Russell Lamar Grant held before Mag. Judge John L. Carroll on 9/16/97 [ 1:97-m -75 ] (jct) (Entered: 09/16/1997) |
| 09/16/1997 | | Preliminary Examination as to Russell Lamar Grant held before Mag. Judge John L. Carroll on 9/11/97 [ 1:97-m -75 ] (jct) (Entered: 09/16/1997) |
| 09/16/1997 | 7 | Courtroom Deputy's Minutes as to Russell Lamar Grant : Preliminary Examination/Detention Hearing. (Tape #1453) Witness list attached. [ 1:97-m -75 ] (jct) Modified on 09/16/1997 (Entered: 09/16/1997) |
| 09/16/1997 | 8 | CJA 20 as to Russell Lamar Grant : Appointment of Attorney Joseph Peter Van Heest Voucher # 0777879 ( Signed by Mag. Judge John L. Carroll ) Copies furnished to: Original mailed to counsel w/CJA packet and copies of file. [ 1:97-m -75 ] (nhr) (Entered: 09/17/1997) |
| 09/16/1997 | 9 | Arrest WARRANT Returned Executed as to Russell Lamar Grant on 9/12/97 [ 1:97-m -75 ] (dkt clerk) (Entered: 09/17/1997) |
| 09/17/1997 | 10 | ORDER as to Russell Lamar Grant, finding probable cause and binding the defendant over to the district court for furhter action. ( Signed by Mag. Judge John L. Carroll ) Copies mailed to: counsel, Copies furnished to: USA, USM, USPTS [ 1:97-m -75 ] (dkt clerk) (Entered: 09/17/1997) |
| | | |

| | | | |
|---|---|---|---|
| 09/17/1997 | | 11 | DETENTION ORDER as to Russell Lamar Grant ( Signed by Mag. Judge John L. Carroll ) Copies mailed to: counsel, Copies furnished to: USA, USM, USPTS [ 1:97-m -75 ] (dkt clerk) (Entered: 09/17/1997) |
| 09/24/1997 | | 12 | INDICTMENT as to Russell Lamar Grant (1) count(s) 1, 2, 3-4, 5, 6, Willis Russell Grant (2) count(s) 1, 5, Cecil Chambers (3) count(s) 1, 6 (ekl) (Entered: 09/29/1997) |
| 09/24/1997 | | | Magistrate Judge Vanzetta Penn McPherson assigned to case for discovery matters as well as matters subsequently referred by District Circuit Judge Joel F. Dubina . (ekl) (Entered: 09/29/1997) |
| 09/25/1997 | | 13 | ORDER to produce prisoner for arraignment 10/8/97, 10 a.m., 4th floor courtroom as to Russell Lamar Grant ( Signed by Mag Judge Vanzetta P. McPherson by Ernestine Lewis ) Copies mailed to: counsel, Copies furnished to: USA,USM,USPTS,USPO (ekl) (Entered: 09/29/1997) |
| 09/25/1997 | | | ARRAIGNMENT as to Russell Lamar Grant set for 10:00 10/8/97 for Russell Lamar Grant at Fourth Floor Courtroom before Mag Judge Vanzetta P. McPherson (ekl) (Entered: 09/29/1997) |
| 10/06/1997 | | 16 | ARRAIGNMENT NOTICE as to Russell Lamar Grant ; Arraignment at 10:00 10/8/97 for Russell Lamar Grant at Fourth Floor Courtroom before Mag Judge Vanzetta P. McPherson ; ARRAIGNMENT Notice sent to ATTORNEYS Joseph Peter Van Heest for defendant Russell Lamar Grant, Steven M. Reynolds for plaintiff USA; furnished USM,USPTS,USPO (ekl) (Entered: 10/06/1997) |
| 10/08/1997 | | | ARRAIGNMENT as to Russell Lamar Grant held before Mag Judge Vanzetta P. McPherson on 10/8/97 Defendant appeared with counsel and after having been advised of Defendant' rights, entered a plea of NOT GUILTY. (snc) (Entered: 10/08/1997) |
| 10/08/1997 | | | PLEA of Not Guilty: Russell Lamar Grant (1) count(s) 1, 2, 3-4, 5, 6 ; Court accepts plea. (snc) (Entered: 10/08/1997) |
| 10/08/1997 | | 17 | Courtroom Deputy's Minutes of Arraignment as to Russell Lamar Grant: Trial to be set for 12/1/97 Trial Term. Lewis Wimberley, Court Reporter (snc) (Entered: 10/08/1997) |
| 10/10/1997 | | 24 | ORDER on Arraignment as to Russell Lamar Grant directing that Discovery is due on or before 10/14/97 for Russell Lamar Grant; Pretrial Motions due by 10/22/97 for Russell Lamar Grant, with government's response due within 10 days of the date of filing; Pretrial set 3:00 10/31/97 for Russell Lamar Grant in Room 330 Courtroom before Mag Judge Vanzetta P. McPherson; Jury Trial set 12/1/97 for Russell Lamar Grant in U.S. Courthouse before Circuit Judge Joel F. Dubina; requested voir dire questions and jury instructions due no later than one week before jury selection. ( Signed by Mag Judge Vanzetta P. McPherson ) Copies mailed to: Atty Van Heest, Copies furnished to: USA, USM, USPO, USPTSO, MT, EL (snc) (Entered: 10/10/1997) |
| 10/10/1997 | | | Deadline updated as to Russell Lamar Grant, setting Jury Trial on 10:00 |

| | | |
|---|---|---|
| | | 12/1/97 for Russell Lamar Grant before Circuit Judge Joel F. Dubina in U.S. Courthouse (snc) (Entered: 10/10/1997) |
| 10/10/1997 | | Jury selection as to Russell Lamar Grant set for 10:00 12/1/97 for Russell Lamar Grant at U.S. Courthouse before Circuit Judge Joel F. Dubina (snc) (Entered: 10/10/1997) |
| 10/10/1997 | | Deadline set as to Russell Lamar Grant, setting voir dire questions due on 11/24/97 for Russell Lamar Grant , and setting proposed jury instructions due on 11/24 /97 for Russell Lamar Grant (snc) Modified on 10/20/1997 (Entered: 10/10/1997) |
| 11/07/1997 | 32 | TRIAL NOTICE as to Russell Lamar Grant ; Trial set for 10:00 12/1/97 for Russell Lamar Grant at First Floor Courtroom ; TRIAL Notice to ATTORNEYS Joseph (Jay) Brady Lewis for defendant; to Willis Russell Grant; Steven M. Reynolds for plaintiff USA; Clothing Notice mailed. (dkt clerk) (Entered: 11/07/1997) |
| 11/24/1997 | 35 | Requested Voir Dire Questions by USA as to Russell Lamar Grant, Willis Russell Grant (nhr) (Entered: 11/24/1997) |
| 11/24/1997 | 36 | Proposed Jury Instructions by USA as to Russell Lamar Grant, Willis Russell Grant. ( Nos. 1 - 16) (nhr) (Entered: 11/24/1997) |
| 11/25/1997 | | Change of Plea hearing set for 1:00 11/26/97 for Russell Lamar Grant at Fourth Floor Courtroom before Judge W. H. Albritton III (ekl) (Entered: 11/25/1997) |
| 11/26/1997 | | Change of Plea hearing held in order for defendant to change his plea to a plea of, Guilty: Russell Lamar Grant (1) count(s) 1, 2, 3-4, 5, 6 . Court Accepts Plea. BETTY MURPHREE, COURT REPORTER. (ekl) (Entered: 12/03/1997) |
| 11/26/1997 | 42 | ORDER as to Russell Lamar Grant, setting Sentencing for 10:00 2/17/98 for Russell Lamar Grant before Judge W. H. Albritton III in Fourth Floor Courtroom. Objections shall be in writing to the PO on or before 1/26/98. Parties shall be available for a conference with the PO 1/28/98 at 10:30 a.m. ( Signed by Judge W. H. Albritton III ) Copies mailed to: counsel and defendant, Copies furnished to: USA,USM,USPTS,USPO (ekl) (Entered: 12/03/1997) |
| 11/26/1997 | 43 | Courtroom Deputy's Minutes of change of plea 11-26-97 as to Russell Lamar Grant : (ekl) (Entered: 12/03/1997) |
| 11/26/1997 | | Defendant Russell Lamar Grant, Cecil Chambers reassigned to Judge W. H. Albritton III (ekl) (Entered: 12/03/1997) |
| 12/22/1997 | | CJA 21 voucher mailed to Investigator Ron Williams for completion of claim (ekl) (Entered: 01/15/1998) |
| 01/08/1998 | 65 | CJA 21 as to Willis Russell Grant Authorization to Pay Ronald E. Williams $ 879.36 for Expert Services Voucher # 0509842 ( Signed by Mag Judge Vanzetta P. McPherson ) Copies mailed to: Ronald E. Williams, (nhr) Modified on 01/15/1998 (Entered: 01/12/1998) |

| | | |
|---|---|---|
| 01/15/1998 | 67 | ORDER as to Russell Lamar Grant, reset Sentencing for 10:00 2/18/98 for Russell Lamar Grant at U.S. Courthouse before Judge W. H. Albritton III ( Signed by Judge W. H. Albritton III ) Copies mailed to: Counsel, defendant, Copies furnished to: USA, USM, USPO, USPTS, ERN, MARIE (nhr) (Entered: 02/05/1998) |
| 02/12/1998 | 68 | SENTENCING NOTICE as to Russell Lamar Grant ; Sentencing set for 10:00 2/18/98 for Russell Lamar Grant at Fourth Floor Courtroom ; SENTENCING Notice sent to ATTORNEYS Joseph Peter Van Heest for defendant Russell Lamar Grant, Steven M. Reynolds for plaintiff USA ; Copies furnished to: USA, USM, USPO, ERN; Copy mailed to: defendant (nhr) (Entered: 02/12/1998) |
| 02/18/1998 | 70 | Plea Agreement as to Russell Lamar Grant filed in open court at sentencing. (dkt clerk) Modified on 02/23/1998 (Entered: 02/18/1998) |
| 02/18/1998 | 71 | MOTION by USA as to Russell Lamar Grant to Dismiss Counts 2 thru 6 of the Indictment. [69-1] referred to Judge W. H. Albritton III (dkt clerk) Modified on 02/23/1998 (Entered: 02/18/1998) |
| 02/18/1998 | | STAMPED ORDER as to Russell Lamar Grant granting [69-1] motion to Dismiss Counts 2 thru 6 of the Indictment. as to Russell Lamar Grant (1) ( Entered by Judge W. H. Albritton III ) Copies mailed to: counsel, Copies furnished to: USA,USPO,USM,USPTS (dkt clerk) (Entered: 02/18/1998) |
| 02/18/1998 | 72 | ORDER as to Russell Lamar Grant placing defendant's PSI under seal. ( Signed by Judge W. H. Albritton III ) Copies mailed to: counsel, Copies furnished to: USA (dkt clerk) Modified on 02/23/1998 (Entered: 02/18/1998) |
| 02/18/1998 | 73 | PRESENTENCE INVESTIGATION REPORT (Sealed) as to Russell Lamar Grant (dkt clerk) Modified on 02/23/1998 (Entered: 02/18/1998) |
| 02/18/1998 | | Sentencing held before Judge W. H. Albritton III on 02/18/98 Russell Lamar Grant (1) count(s) 1. Counts 2-6 dismissed on written motion of the Govt. (Lewis Wimberly, Ct. Rptr.) (dkt clerk) (Entered: 02/18/1998) |
| 02/18/1998 | | STAMPED ORDER as to Russell Lamar Grant granting [69-1] motion to Dismiss Counts II thru VI of Indictment. as to Russell Lamar Grant (1) ( Entered by Judge W. H. Albritton III ) Copies mailed to: counsel, Copies furnished to: USA,USPO,USM,USPTS (dkt clerk) (Entered: 02/23/1998) |
| 02/18/1998 | | DISMISSAL of Count(s) on Government Motion as to Russell Lamar Grant Counts Dismissed: Russell Lamar Grant (1) count(s) 2, 3-4, 5, 6 (dkt clerk) (Entered: 02/23/1998) |
| 02/20/1998 | 74 | JUDGMENT Russell Lamar Grant (1) count(s) 1. 157 MOS; 5 YR SUP REL; $100 SA; that the defendant be designated to a facility where Intensive Residential Susbtance Abuse Treatment is available; that defendant shall participate in a substance abuse treatment program as directed by the probation officer, if determined necessary by that officer |

| | | |
|---|---|---|
| | | ( Signed by Judge W. H. Albritton III ) Copies mailed to: defendant, counsel, Copies furnished to: USA, USM, USPO, USPTS, NL (EOD 2/23/98) (jct) Modified on 02/23/1998 (Entered: 02/23/1998) |
| 04/07/1998 | 85 | CJA 20 Authorization to pay Joseph Peter Van Heest for defendant Russell Lamar Grant , Amount: $ 1419.50 Voucher # 0777879 ( Signed by Judge W. H. Albritton III ) , (ekl) (Entered: 04/09/1998) |
| 04/16/1998 | 86 | Judgment Returned Executed as to Russell Lamar Grant ; on 4/7/98 (nhr) (Entered: 04/20/1998) |
| 06/26/1998 | | CASE reassigned to Judge W. H. Albritton III (ekl) (Entered: 06/26/1998) |
| 08/17/1998 | | Request for Certificate of Readiness from USCA, 11th Circuit, Re: [81-1] appeal by Willis Russell Grant (dkt clerk) (Entered: 08/26/1998) |
| 08/26/1998 | | CERTIFICATE OF READINESS of record on appeal mailed to USCA, 11th Circuit and counsel: [81-1] appeal by Willis Russell Grant (dkt clerk) (Entered: 08/26/1998) |
| 10/13/1998 | | Received $25 assessment by USA DOJ BOP INMATE OFFSET PROGRAM as to Russell Lamar Grant. Receipt 73536 and listing maintained in financial. (ekl) (Entered: 01/13/1999) |
| 12/31/1998 | | REQUEST for Record on Appeal from USCA re: [81-1] appeal by Willis Russell Grant (dkt clerk) (Entered: 01/05/1999) |
| 01/11/1999 | | ACKNOWLEDGEMENT of RECEIPT of RECORD ON APPEAL from USCA Re: [81-1] appeal by Willis Russell Grant USCA Number: 98-6180 (dkt clerk) (Entered: 01/12/1999) |
| 01/11/1999 | | Received $25 assessment payment by USA DOB BOP Inmate Offset Program as to Russell Lamar Grant. Receipt 74915 (ekl) (Entered: 01/13/1999) |
| 04/21/1999 | | $25 assessment fee payment by Russell Lamar Grant thru BOP, receipt 76324 (ekl) (Entered: 05/11/1999) |
| 06/04/1999 | | Received copy of PER CURIAM OPINION entered 5/3/99 of the USCA, 11th Circuit. [98-6180-AA] (dkt clerk) (Entered: 06/04/1999) |
| 06/04/1999 | 131 | JUDGMENT OF USCA issued as MANDATE on 6/3/99 (certified copy) as to Russell Lamar Grant Re: [81-1] appeal affirming judgment/order Russell Lamar Grant (1) count(s) 1 Copies mailed to: Counsel, Defendant, Copies furnished to: USA, USPO, Judge Edward E. Carnes (dkt clerk) (Entered: 06/04/1999) |
| 06/04/1999 | | Record on Appeal as to Russell Lamar Grant returned from U.S. Court of Appeals: [81-1] appeal (SEALED PSI REPORT RETURNED TO VAULT) (One Small White Box of exhibits returned to the basement) [98-6180-AA] (dkt clerk) Modified on 06/04/1999 (Entered: 06/04/1999) |
| 07/09/1999 | 132 | Satisfaction of Judgment as to Monetary Imposition by USA as to Russell Lamar Grant (COPY FURNISHED TO FINANCIAL CLERK |

|            |   |                                                                                                                                  |
|------------|---|----------------------------------------------------------------------------------------------------------------------------------|
|            |   | AND INTAKE CLERK) (nhr) (Entered: 07/15/1999)                                                                                    |
| 07/09/1999 |   | Received $25 assessment by Russell Lamar Grant through BOP. Receipt 77461 (ekl) Modified on 10/29/1999 (Entered: 10/29/1999)     |
| 02/14/2002 |   | ** Renoticed document [165-1] order - forgot to EOD stamp. Resent. (ekl) (Entered: 02/14/2002)                                   |

| PACER Service Center |||| 
|---|---|---|---|
| Transaction Receipt ||||
| 04/18/2006 15:01:33 ||||
| PACER Login: | us4367 | Client Code: | |
| Description: | Docket Report | Search Criteria: | 1:97-cr-00215-WHA |
| Billable Pages: | 5 | Cost: | 0.40 |