IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| vs. | ) | CIVIL ACTION NO. 1:05cv585-WHA |
| | ) | |
| RUSSELL LAMAR GRANT | ) | |

## **ORDER**

No objection having been filed to the Recommendation of the Magistrate Judge (Doc. #8), entered on November 15, 2006, the court adopts the Recommendation of the Magistrate Judge, and it is hereby

ORDERED that the Defendant's Motion to Vacate Pursuant to 28 U.S.C. § 2255 is DENIED. Final Judgment will be entered accordingly.

DONE this 4th day of December, 2006.

/s/ W. Harold Albritton
W. HAROLD ALBRITTON
SENIOR UNITED STATES DISTRICT JUDGE