IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| vs. | ) | CIVIL ACTION NO. 1:05cv585-WHA |
| | ) | |
| RUSSELL LAMAR GRANT | ) | |

## **FINAL JUDGMENT**

In accordance with the order entered on this day denying the Defendant's 28 U.S.C. § 2255 motion,

Final Judgment is entered in favor of the United States of America and against Russell Lamar Grant, and this case is DISMISSED with prejudice.

DONE this 4th day of December, 2006.

/s/ W. Harold Albritton
W. HAROLD ALBRITTON
SENIOR UNITED STATES DISTRICT JUDGE